UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:17−cv−23365−KMW

ALTAMETRY, INC.,

    Plaintiff,

vs.

IC REALTIME, LLC,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Altametry, Inc., and Defendant, IC Realtime, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and through their respective attorneys, stipulate and agree that the above-styled action is dismissed in its entirety with prejudice, and with each party to bear its own attorney's fees and costs.

Dated:  January 24, 2018                          Respectfully submitted,

| | |
|---|---|
| */s/ D. Porpoise Evans*<br>PERLMAN, BAJANDAS, YEVOLI & ALBRIGHT, P.L.<br>D. Porpoise Evans. (FBN. 576883)<br>pevans@pbyalaw.com<br>Tiffany D. Hendricks (FBN 0124129)<br>thendricks@pbyalaw.com<br>283 Catalonia Avenue, Suite 200<br>Coral Gables, Florida 33134<br>T: 305.377.0086<br>F: 305.377.0781<br>*Attorneys for Altametry, Inc.* | GREENBERG TRAURIG, P.A.<br>*Attorneys for IC Realtime, LLC*<br>401 East Las Olas Blvd Suite 2000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 765-0500<br>Facsimile:  (954) 765-1477<br><br>By:  */s/ David O. Batista*<br>DAVID O. BATISTA<br>Florida Bar No. 175803<br>batistad@gtlaw.com<br>RICHARD ROSENGARTEN<br>Florida Bar No. 0106169<br>rosengartenric@gtlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2018, I electronically filed the foregoing with the Clerk of Court, using CM/ECF. I also certify that the foregoing document was served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF, or via other means if required.

                                                  /s/ David O. Batista
                                                  DAVID O. BATISTA

FTL 111580190v2